■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBRA L. HODGKISS, Appellant. — Appeal by defendant, as limited by her motion, from a sentence of the County Court, Suffolk County (Rohl, J.), imposed June 15, 1984.

Sentence affirmed. No opinion.

This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (5). Mollen, P. J., Thompson, Niehoff and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RADHAMES INFANTE, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Naro, J.), imposed September 25, 1984.

Sentence affirmed. No opinion.

This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (5). Mollen, P. J., Thompson, Bracken and Lawrence, JJ., concur.